# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                     :          Chapter 7

                                      :

Sean M. Sweeney
dba Kildare Capital
dba Rosemont Capital

                                      :

Debtor                   :          Bankruptcy No.  18-12650

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated April 20, 2018 and this case is

hereby DISMISSED.

May 11, 2018

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106